**FILED**

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JSW

JUAN MONARREZ            CV 08       3198

Plaintiff,             CASE NO. _____

vs.                    PRISONER'S
                       APPLICATION TO PROCEED
RICHARD J. KIRKLAND    IN FORMA PAUPERIS

Defendant.

I, JUAN MONARREZ, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ___   No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____   Net: _____N/A_____

Employer: _____" "_____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____          - 1 -

1 and wages per month which you received. (If you are imprisoned, specify the last place of
2 employment prior to imprisonment.)
3 _____
4 _____
5 _____

6  2.    Have you received, within the past twelve (12) months, any money from any of the following
7 sources:

8   a.   Business, Profession or                        Yes ___ No _X_
9        self employment
10  b.   Income from stocks, bonds,                    Yes ___ No _X_
11       or royalties?
12  c.   Rent payments?                                Yes ___ No _X_
13  d.   Pensions, annuities, or                      Yes ___ No _X_
14       life insurance payments?
15  e.   Federal or State welfare payments,           Yes ___ No _X_
16       Social Security or other govern-
17       ment source?

18 If the answer is "yes" to any of the above, describe each source of money and state the amount
19 received from each.
20 _____ N/A _____
21 _____

22  3.    Are you married?                             Yes ___ No _X_
23 Spouse's Full Name: _____ N/A _____
24 Spouse's Place of Employment: _____ " " _____
25 Spouse's Monthly Salary, Wages or Income:
26 Gross $_____ N/A _____ Net $_____ N/A _____
27  4.   a.   List amount you contribute to your spouse's support : $ ___Ø___
28      b.   List the persons other than your spouse who are dependent upon you for support

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                - 2 -

1   and indicate how much you contribute toward their support. (NOTE: For minor
2   children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3   _____ N/A _____
4   _____

5.  Do you own or are you buying a home?        Yes ___ No _X_
Estimated Market Value: $___Ø___ Amount of Mortgage: $___Ø___
6.  Do you own an automobile?                    Yes ___ No _X_
Make ___N/A___ Year ___N/A___ Model ___N/A___
Is it financed? Yes ____ No ____ If so, Total due: $ ___Ø___
Monthly Payment: $ ___Ø___
7.  Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)
Name(s) and address(es) of bank: ___N/A___
_____
Present balance(s): $ ___Ø___
Do you own any cash? Yes ___ No _X_ Amount: $ ___Ø___
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_
_____ N/A _____

8.  What are your monthly expenses?
Rent: $ ___Ø___                Utilities: ___Ø___
Food: $ ___Ø___                Clothing: ___Ø___
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ Ø | $ Ø |
| "   " | $ "   " | $ "   " |
| "   " | $ "   " | $ "   " |

9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
    they are payable. Do not include account numbers.)

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____                 - 3 -

1 | _____ N/A _____
2 | _____

10.  Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?           Yes ___  No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____ N/A _____
_____

  I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

  I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-10-08                              [signature]
 DATE                         SIGNATURE OF APPLICANT

PRIS. APPLIC. TO PROC. IN FORMA
PAUPERIS, Case No._____           - 4 -

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Juan Heredia Monarrez  P50731</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $<u>3.38</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $<u>5.25</u>.        (20%= $1.05)

Dated: 6/13/08                                              CWallace
                                                   Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6-13-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

1
2                                         Case Number: _____
3
4
5
6
7
8
9                        CERTIFICATE OF FUNDS
10                                IN
11                       PRISONER'S ACCOUNT
12
13      I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of __JUAN MONARREZ__ for the last six months at
15                              [prisoner name]
16  __PELICAN BAY STATE PRISON__ where (s)he is confined.
17      [name of institution]
18      I further certify that the average deposits each month to this prisoner's account for the most
19  recent 6-month period were $_____ and the average balance in the prisoner's account
20  each month for the most recent 6-month period was $_____.
21
22  Dated:_____           _____
23                                  [Authorized officer of the institution]
24
25
26
27
28

- 5 -

```
REPORT ID: TS3030   .701                                              REPORT DATE: 06/13/08
                                                                      PAGE NO:         1
                        CALIFORNIA DEPARTMENT OF CORRECTIONS
                              PELICAN BAY STATE PRISON
                           INMATE TRUST ACCOUNTING SYSTEM
                            INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: DEC. 01, 2007 THRU JUN. 13, 2008

ACCOUNT NUMBER  : P50731                      BED/CELL NUMBER: CF10U 000000211L
ACCOUNT NAME    : MONARREZ, JUAN HEREDIA      ACCOUNT TYPE: I
PRIVILEGE GROUP : D
                              TRUST ACCOUNT ACTIVITY
       TRAN
DATE   CODE   DESCRIPTION      COMMENT      CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE
-----  ----  --------------  ------------   ---------   ----------   -----------   ---------

12/01/2007    BEGINNING BALANCE                                                        0.00

12/17*DD30  CASH DEPOSIT     2586 #116                     9.00                        9.00
12/18 W513  MISC. CHARGES    2612                                       0.60           8.40
       ACTIVITY FOR 2008
01/03 FC04  DRAW-FAC 4       2826  C-10                                 8.40           0.00
01/14*DD30  CASH DEPOSIT     2979 #137                    11.25                       11.25
02/04 FC04  DRAW-FAC 4       3372  C-10                                11.25           0.00


                         * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/17/99                      CASE NUMBER: 96NF1712
COUNTY CODE: ORA                              FINE AMOUNT: $    5,000.00

     DATE       TRANS.     DESCRIPTION                    TRANS. AMT.      BALANCE
   --------    -------   -------------------------       -------------   -----------

   12/01/2007           BEGINNING BALANCE                                    4,511.30

   12/17/07    DR30     REST DED-CASH DEPOSIT               10.00-           4,501.30
   01/14/08    DR30     REST DED-CASH DEPOSIT               12.50-           4,488.80

     * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
     * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL        CURRENT       HOLDS       TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS    BALANCE      BALANCE      TO BE POSTED
  -----------  ----------   ------------   ---------   ----------    -------------
       0.00       20.25         20.25         0.00        0.00             0.00


                                                                     CURRENT
                                                                    AVAILABLE
                                                                     BALANCE
                                                                   -----------
                                                                       0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 6-13-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _J. Kleppin_
TRUST OFFICE