IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN MONARREZ, | ) | No. C 08-3198 JSW (PR) |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER GRANTING EXTENSION OF** |
| vs. | ) | **TIME TO REPLY** |
| | ) | |
| RICHARD J. KIRKLAND, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| _____ | ) | |

Petitioner, a prisoner of the State of California, filed a habeas corpus petition pursuant to 28 U.S.C. § 2254 challenging the decision of the prison to place him in the security housing unit on indeterminate status. On February 24, 2009, this Court ordered Respondent to show cause as to why the petition should not be granted. On April 30, 2009, Respondent filed a motion to dismiss the petition as untimely. Petitioner did not file an opposition. Thereafter, on October 28, 2009, Petitioner filed a motion for default and a request for entry of default based on Respondent's failure to respond to this Court's order to show cause (docket nos. 6, 7). The Clerk entered a declination of default on November 4, 2009. However, Petitioner's motion suggests that he did not receive a copy of Respondent's motion, despite the fact that the motion includes a certificate of service indicating that Petitioner had been served with the motion. Respondent has subsequently filed a notice of re-service on Petitioner of the motion to dismiss (docket no. 9). As such, this Court now *sua sponte* grants an extension of Petitioner's time to file an opposition to

1    the motion until thirty days from the date of this order.

2         IT IS SO ORDERED.

3    DATED:  December 3, 2009

4                                          _____
                                           JEFFREY S. WHITE
5                                          United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JUAN MONARREZ,

              Plaintiff,

   v.

RICHARD J. KIRKLAND et al,

              Defendant.

_____/

Case Number: CV08-03198 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 3, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Juan Monarrez
P50731
P.O. Box 7500
Crescent City, CA 95532

Dated: December 3, 2009

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk